**Manuel Alcala FARIAS, Plaintiff— Appellant,**

v.

**NEW FOLSOM STATE PRISON; et al., Defendants—Appellees.**

No. 06–17264.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007 *.

Filed Aug. 22, 2007.

---

Manuel Alcala Farias, Bakersfield, CA, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Shanan L. Hewitt, Esq., Moreno & Rivera, Sacramento, CA, for Defendants–Appellees.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Manuel Alcala Farias appeals pro se from the district court's order dismissing as time-barred his 42 U.S.C. § 1983 action alleging constitutional violations in connection with the wrongful death of his son, who died while incarcerated. We have jurisdiction under 28 U.S.C. § 1291. After de novo review, *Fink v. Shedler,* 192 F.3d 911, 913–14 (9th Cir.1999), we affirm.

Farias' son died on May 31, 2000, but Farias did not bring this action until November 4, 2005. Although Farias has standing to bring a section 1983 claim based on his son's death, *see Tatum v. City and County of San Francisco,* 441 F.3d 1090, 1093 n. 2 (9th Cir.2006), any such claim was subject to the one-year statute of limitations in effect at the time the claim accrued, *see Maldonado v. Harris,* 370 F.3d 945, 954 (9th Cir.2004); *Krupnick v. Duke Energy Morro Bay, LLC,* 115 Cal. App.4th 1026, 9 Cal.Rptr.3d 767, 768–69 (2004). Farias did not allege any proper basis for tolling the statute. The district court therefore properly dismissed Farias' action as time-barred.

**AFFIRMED.**